UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLASTIC DEVELOPMENT GROUP, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YITA, LLC,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-01422-LK<br><br>ORDER TO FILE AN AMENDED CORPORATE DISCLOSURE STATEMENT |

　　　This matter comes before the Court sua sponte. Defendant Yita, LLC's corporate disclosure statement, Dkt. No. 12, does not provide all of the information required under Local Civil Rule 7.1 and necessary for the Court to determine if it has a conflict in this matter. *See* Fed. R. Civ. P. 7.1 Advisory Committee notes to 2002 amendment (noting that naming the individuals or entities as required is crucial to "support properly informed disqualification decisions in situations that call for automatic disqualification under Canon 3C(1)(c)").

　　　Yita, LLC's corporate disclosure statement states that it is "a privately held company, that [it] has no parent corporations, and that no publicly held company owns 10% or more of Yita,"

ORDER TO FILE AN AMENDED CORPORATE DISCLOSURE STATEMENT - 1

Dkt. No. 12 at 1, but it does not identify the members of Yita, LLC. This is insufficient. Local Rule 7.1 requires a party to identify any member or owner of the LLC. *See* LCR 7.1(a)(1).

Yita, LLC is accordingly ORDERED to file an amended corporate disclosure statement no later than December 7, 2023, complying with Local Civil Rule 7.1 and naming every member and owner of Yita, LLC. Failure to do so may result in sanctions.

Dated this 30th day of November, 2023.

Lauren King
United States District Judge